Vern Schooley (State Bar No. 40301)
Jessie K. Reider (State Bar No. 237113)
FULWIDER PATTON LEE & UTECHT, LLP
200 Oceangate, Suite 1550
Long Beach, California 90802
Telephone: (562) 432-0453
Facsimile: (562) 435-6014

Attorneys for Defendant
University Restaurant Group, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY RESTAURANT GROUP, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO. C 05 3711 JCS<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Crtrm:　The Hon. Joseph C. Spero<br>　　　　Dept. A |

It is hereby stipulated, by and between the parties, pursuant to Local Rule 6-1, that Defendant, University Restaurant Group, Inc., shall have up to and including November 6, 2005 in which to answer or otherwise respond to the Complaint filed in this case.

Good cause exists for the extension of time to answer or otherwise respond because the parties to this stipulation are exploring the possibility of settlement. This Stipulation is not entered for the purpose of delay.

/ / /

/ / /

/ / /

1 | The parties agree that this extension cannot and will not be used directly or
2 | indirectly to prejudice the rights of either party.

Respectfully submitted,

FULWIDER PATTON LEE & UTECHT, LLP

Date: September 29, 2005

By: _____
Vern Schooley
Jessie K. Reider
Attorneys for Defendant

GREENE, CHAUVEL, DESCALSO, MINOLETTI

Date: September 30, 2005

By: _____
Ronald C. Chauvel
Attorney for Plaintiffs

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

23842.1

Stipulation Extending Time To Answer Or Otherwise Respond To Complaint
Civil Action No. C 05 3711 JCS

2