Vern Schooley (State Bar No. 40301)
Gary M. Anderson (State Bar No. 97385)
Jessie K. Reider (State Bar No. 237113)
FULWIDER PATTON LLP
200 Oceangate, Suite 1550
Long Beach, California 90802
Telephone: (562) 432-0453
Facsimile: (562) 435-6014
docketlb@fulpat.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC, | CASE NO. C 05 3711 CRB (WDB) |
| Plaintiff, | **STIPULATION AGREEING TO LEAD COUNSEL'S TELEPHONIC PARTICIPATION IN CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNIVERSITY RESTAURANT GROUP, INC., a California corporation, | |
| Defendant. | Time:  January 13, 2006<br>Date:  8:30 a.m.<br>Dept:  Courtroom 8<br>        Honorable Charles R. Breyer |
| UNIVERSITY RESTAURANT GROUP, INC., a California corporation, | |
| Counterclaimant | |
| v. | |
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC, | |
| Counterdefendants. | |

/ / /

/ / /

/ / /

1   It is hereby stipulated, by and between the parties, pursuant to Local Rule 16-10, that Lead
2   Counsel for Defendant and Counterclaimant University Restaurant Group, Inc., may participate
3   via telephone in the Case Management Conference at 8:30 AM on January 13, 2006. Counsel for
4   the parties are cooperating in preparing to schedule discovery, and with the scheduled Conference
5   set at 8:30 AM, Defendant's counsel would be required to travel from Long Beach to San
6   Francisco the preceding day to be available for an in person Conference. It is believed that
7   attendance by telephone would not detract from the effectiveness or efficacy of the Conference.
8       Vern Schooley, Lead Counsel for Defendant, can be reached at 562-432-0453.
9       Good cause exists for the request for telephonic participation.

11  DATED:  January  5, 2006          Respectfully submitted,

12                                     FULWIDER PATTON LLP

14                                     By:  // Vern Schooley//
15                                          Vern Schooley
                                            Gary M. Anderson
16                                          Jessie K. Reider
                                            Attorneys for Defendant and Counterclaimant

18  DATED:  January  5 , 2006          SHARTSIS FRIESE LLP

22  Jan. 6, 2006                       By:  // Gregg S. Farano//
                                            Gregg S. Farano
23                                          Attorneys for Plaintiffs and Counterdefendants

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA