SHARTSIS FRIESE LLP
TRACY L. SALISBURY (Bar #106837)
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

GREENE, CHAUVEL, DESCALSO, MINOLETTI
RONALD C. CHAUVEL (Bar #83182)
951 Mariners Island Blvd, Suite 630
San Mateo, CA 94404-1592
Telephone: (650) 573-9500
Facsimile: (650) 573-9689

Attorneys for Plaintiffs
KINGFISH, LLC and KINGFISH 2, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY RESTAURANT GROUP, INC. a California corporation,<br><br>Defendant.<br><br>UNIVERSITY RESTAURANT GROUP, INC. a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC,<br><br>Counterdefendants. | No. C 05 3711 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: May 5, 2006<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: The Honorable Charles R. Breyer<br><br>Complaint Filed: September 14, 2005 |

7031\001\GFARANO\1351019.1

Plaintiffs and Counterdefendants Kingfish, LLC and Kingfish 2, LLC (collectively "Kingfish") and Defendant and Counterclaimant University Restaurant Group, Inc. ("URG") hereby stipulate and agree, subject to the approval of this Court, to continue the Case Management Conference, currently set for Friday, May 5, 2006, at 10:00 a.m., to Friday, June 9, 2006, at whatever time in the morning is convenient for the Court. The parties request a continuance so that they may pursue settlement negotiations. A settlement conference before Magistrate Judge Brazil is scheduled for May 23, 2006.

IT IS THEREFORE STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the Case Management Conference be continued from May 5, 2006 to June 9, 2006, at whatever time in the morning is convenient for the Court.

DATED: April 24, 2006

SHARTSIS FRIESE LLP

By _____
GREGG S. FARANO
Attorneys for Plaintiffs and Counterdefendants
KINGFISH, LLC and KINGFISH 2, LLC

DATED: April 24, 2006

FULWIDER PATTON LLP

By _____
VERN D. SCHOOLEY
Attorneys for Defendant and Counterclaimant
UNIVERSITY RESTAURANT GROUP, INC.

# ORDER

Based on the request of the parties and for good cause shown, it is hereby ORDERED AND ADJUDGED that the Case Management Conference, presently set for Friday, May 5, 2006 at 8:30 a.m. is hereby continued to Friday, June 9, 2006, at whatever time in the morning is convenient for the Court.

DATED:   April 26, 2006

29679.1



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

29679.1                                    - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C 05 3711 CRB