1  Vern Schooley (State Bar No. 40301)
   Gary M. Anderson (State Bar No. 97385)
2  Jessie K. Reider (State Bar No. 237113)
   FULWIDER PATTON LLP
3  200 Oceangate, Suite 1550
   Long Beach, California 90802
4  Telephone: (562) 432-0453
   Facsimile: (562) 435-6014
5  docketlb@fulpat.com

6  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC, | CASE NO. C 05 3711 CRB |
| Plaintiff, | |
| v. | |
| UNIVERSITY RESTAURANT GROUP, INC., a California corporation, | STIPULATION [AND ORDER] RE DISMISSAL OF A PRAYER FOR RELIEF |
| Defendant. | Dept:     Courtroom 8<br>          Honorable Charles R. Breyer |
| UNIVERSITY RESTAURANT GROUP, INC., a California corporation, | |
| Counterclaimant | |
| v. | |
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC, | |
| Counterdefendants. | |

/ / /

/ / /

/ / /

Defendant University Restaurant Group, Inc., hereby dismisses the following prayer for relief, as pleaded in the above-captioned case:

1. Prayer for Relief I – request for damages under 15 U.S.C. §1117(a), California Business and Professions Section 14340 and California common law.

Parties agree that the dismissal of this Prayer for Relief is with prejudice.

DATED: June 5, 2006          Respectfully submitted,

FULWIDER PATTON LLP


By:  /s/ Vern Schooley
     Vern Schooley
     Gary M. Anderson
     Jessie K. Reider
     Attorneys for Defendant

DATED: June 1, 2006          SHARTSIS FRIESE LLP


By:  /s/ Gregg S. Farano
     James P. Martin
     Tracy L. Salisbury
     Gregg S. Farano
     Attorneys for Plaintiff

DATED: June 2, 2006          GREENE, CHAUVEL, DESCALSO, MINOLETTI


By:  /s/ Ronald C. Chauvel
     Ronald C. Chauvel
     Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 7, 2006          _____
                             Charles R. Breyer
                             United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer — United States District Court, Northern District of California (seal)