SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
GREGG S. FARANO (Bar #221505)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jmartin@sflaw.com; gfarano@sflaw.com

Attorneys for Plaintiffs and Counterdefendants
KINGFISH, LLC and KINGFISH 2, LLC

FULWIDER PATTON LLP
VERN D. SCHOOLEY ( Bar # 40301)
JESSIE K. REIDER ( Bar #237113)
200 Oceangate, Suite 1550
Long Beach, CA 90802
Telephone: (562) 432-0453
Facsimile: (562) 435-6014
Email: vschooley@fulpat.com; jreider@fulpat.com

Attorneys for Defendant and Counterclaimant
UNIVERSITY RESTAURANT GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY RESTAURANT GROUP, INC. a California corporation,<br><br>　　　　　　　　Defendant.<br><br>UNIVERSITY RESTAURANT GROUP, INC. a California corporation,<br><br>　　　　　　　　Counterclaimant,<br><br>　　v.<br><br>KINGFISH, LLC, a California LLC, and KINGFISH 2, LLC, a California LLC,<br><br>　　　　　　　　Counterdefendants. | No. C 05 3711 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement dated November 21, 2006, Plaintiffs and Counterdefendants Kingfish, LLC and Kingfish 2, LLC (collectively "Kingfish"), and Defendant and Counterclaimant University Restaurant Group, Inc. ("URG") hereby stipulate as follows:

1. Kingfish's complaint is dismissed with prejudice.
2. URG's counterclaim is dismissed with prejudice.
3. Each party shall bear its own costs and attorneys' fees in connection with this action.

DATED: November 21, 2006          SHARTSIS FRIESE LLP


By: */s/ James P. Martin*
           JAMES P. MARTIN

Attorneys for Plaintiffs and Counterdefendants
KINGFISH, LLC AND KINGFISH 2, LLC

DATED: November 21, 2006          FULWIDER PATTON LLP


By: */s/ Jessie K. Reider*
           JESSIE K. REIDER

Attorneys for Defendants and Counterclaimants
UNIVERSITY RESTAURANT GROUP, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated November 22, 2006

The Honorable Charles R. Breyer
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

7031\001\JMARTIN\1398107.1

- 1 -

Case No. C053711CRB    STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER